FILED

01/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0582

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0582

KIM NORQUAY, JR.,

       Petitioner and Appellant,

  v.

STATE OF MONTANA,

       Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 22, 2023, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2023